IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:05-cr-00038 REL/RAW |
| Plaintiff. | ) ) ) | **INFORMATION** |
| v. | ) ) | 18 U.S.C. §2319 |
| SCOTT CADREAU, | ) ) | 17 U.S.C. §506 |
| Defendant. | ) ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**Count 1**
(Criminal Infringement of a Copyright)

From on or about January 2003 and continuing through on or about April 2004, in the Southern District of Iowa, and elsewhere, Scott Cadreau, defendant herein, during a 180-day period did willfully reproduce and distribute at least ten infringing copies of one or more copyrighted works, with a total retail value of more than $2,500, for purposes of private financial gain.

All in violation of Title 17 United States Code, Section 506(a)(1) and Title 18 United States Code, Section 2319(b)(1)).

**A TRUE INFORMATION.**

United States of America

Matthew G. Whitaker
United States Attorney

By:  /s/_____
Richard L. Richards
Assistant United States Attorney